IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:15-cv-01633

THE FOURTH CORNER CREDIT UNION,
a Colorado state-chartered credit union,

                Plaintiff,

v.

FEDERAL RESERVE BANK OF KANSAS CITY,

                Defendant.

## NOTICE OF CASE ASSOCIATION

Pursuant to D.C.Colo.LCivR 3.2, Plaintiff hereby files notice identifying all related cases pending in this federal court. The case *THE FOURTH CORNER CREDIT UNION, a Colorado state-chartered credit union v. NATIONAL CREDIT UNION ADMINISTRATION* bearing civil case number 1:15-cv-01634, which has been filed in The United States District Court for the District of Colorado on July 30, 2015 iS a related case to the above referenced case, *THE FOURTH CORNER CREDIT UNION, a Colorado state-chartered credit union v. FEDERAL RESERVE BANK OF KANSAS CITY,* bearing civil case number 1:15-cv-01633.

Said related cases have common facts and claims, one party in common and were filed collectively as a group by the same attorney and law firm.

Date: July 31, 2015	Respectfully submitted,

s/ Mark A. Mason
**Mark A. Mason**
**Gabrielle Z. Lee**
*Counsel of Record*
THE MASON LAW FIRM, P.A.
Tidewatch Centre on Shem Creek
465 W. Coleman Boulevard, Suite 302
Mount Pleasant, South Carolina
Telephone: (843) 884-1444
FAX: (843) 884-3595
E-mail: mark@masonlawfirm.com

*Counsel for Plaintiff*