IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Civil Action: | 15-cv-01633-RBJ | Date: December 28, 2015 |
| Courtroom Deputy: | Cathy Pearson | Court Reporter: Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| THE FOURTH CORNER CREDIT UNION | Mark A. Mason |
| **Plaintiff** | |
| v. | |
| FEDERAL RESERVE BANK OF KANSAS CITY | Scott S. Barker |
| | Benjamin I. Kapnik |
| | N. Reid Neureiter |
| **Defendant** | |

### COURTROOM MINUTES

**ORAL ARGUMENT HEARING – Plaintiff's Motion for Summary Judgment (Doc. 26) and Defendant's Motion to Dismiss (Doc. 31)**

Court in Session: 9:00 a.m.

Appearances of counsel.

9:02 a.m.   Argument given by Mr. Mason. Discussion held between the Court and Mr. Mason.

**Court in recess:   9:50 a.m.**
**Court in session:   10:02 a.m.**

10:03 a.m.   Argument given by Mr. Barker. Discussion held between the Court and Mr. Barker.

10:36 a.m.   Rebuttal argument given by Mr. Mason. Discussion held between the Court and Mr. Mason.

The Court takes the motions under advisement and will issue a written ruling.

Court in Recess:   11:07 a.m.   Hearing concluded.   Total time in Court: 01:55