**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson**

Civil Action No.  15-cv-01633-RBJ

THE FOURTH CORNER CREDIT UNION, a Colorado state-chartered credit union,

    Plaintiff,

v.

FEDERAL RESERVE BANK OF KANSAS CITY,

    Defendant.

---

## FINAL JUDGMENT

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all Orders entered during the pendency of this case, and the Order entered by the Honorable R. Brooke Jackson, United States District Judge, on January 5, 2016,  it is

    ORDERED that Plaintiff's motion for summary judgment, ECF No. 26, is denied. Defendant's motion to dismiss, ECF No. 31, is granted.  It is

    FURTHER ORDERED that the action and complaint are dismissed with prejudice. It is

    FURTHER ORDERED that defendant is awarded its costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    Dated at Denver, Colorado this 5th day of January, 2016.

                                            BY THE COURT:
                                            JEFFREY P. COLWELL, CLERK

                                            By:   s/Deborah Hansen
                                            Deborah Hansen, Deputy Clerk